No. 536. ROGERS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Russell H. Volkema* for petitioners. *Solicitor General Cox* for the United States.

No. 539. HOUSE, GROSSMAN, VORHAUS & HEMLEY ET AL. *v.* HUDSON & MANHATTAN CORP. C. A. 2d Cir. Certiorari denied. *Edward M. Garlock* for petitioners. *David W. Peck* for respondent.

No. 540. AMERICAN CASUALTY Co. OF READING, PENNSYLVANIA *v.* LINE MATERIALS INDUSTRIES. C. A. 10th Cir. Certiorari denied. *W. Peter McAtee* for petitioner.

No. 541. CINQUEGRANO *v.* UNITED STATES; and
No. 546. MOGAVERO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Moses L. Kove* for petitioner in No. 541. *Alfred Donati, Jr.,* for petitioner in No. 546. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 548. ROBINSON *v.* ILLINOIS HIGH SCHOOL ASSOCIATION ET AL. Appellate Court of Illinois, Second District. Certiorari denied. *B. P. Reese, Jr.,* for petitioner. *John G. Poust* for respondents.

No. 550. AU ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. Petitioners *pro se*. *Solicitor General Cox* for respondent.

No. 551. CHESAPEAKE & OHIO RAILWAY Co. *v.* LUDWIG, GUARDIAN, ET AL. C. A. 6th Cir. Certiorari denied. *Robert A. Straub* for petitioner. *John von Batchelder* for respondents.